UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUS MARTINEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SANTA ROSA, et al., <br><br> Defendants. | Case No. 20-cv-04135-VC <br><br> **ORDER RE HEARING ON PRELIMINARY INJUNCTION** |

At tomorrow's hearing, the parties should be prepared primarily to discuss whether the plaintiffs must, to obtain a preliminary injunction, demonstrate a likelihood that the alleged constitutional violations were caused by a municipal policy or custom. *Swain v. Junior*, 961 F.3d 1276, 1291-92 (11th Cir. 2020). Assuming they must make this showing, what evidence in the record supports a conclusion that the alleged violations were caused by a municipal policy or custom?

**IT IS SO ORDERED.**

Dated: August 12, 2020

_____
VINCE CHHABRIA
United States District Judge