SUE A. GALLAGHER
City Attorney

JEFFREY L. BERK
Chief Assistant City Attorney

JOHN J. FRITSCH
ROBERT L. JACKSON
ADAM S. ABEL
ASHLE T. CROCKER
JESSICA R. MULLAN
JENICA L. HEPLER



November 13, 2020

Judge Vince Chhabria
U.S. District Court
San Francisco Courthouse
Courtroom 4, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re: *Martinez, et al. v. City of Santa Rosa, et al.*
            Case No.: 3:20-CV-04135-VC

Dear Judge Chhabria:

    Pursuant to the Court's order of November 10, 2020, the parties respectfully jointly request that Magistrate Laurel Beeler be appointed to conduct a Mandatory Settlement Conference.

                                Respectfully submitted,

                                */s/ Robert L. Jackson*
                                ROBERT L. JACKSON
                                Assistant City Attorney
                                Attorney for Defendants


                                */s/ Izaak Schwaiger*
                                IZAAK SCHWAIGER
                                Attorney for Plaintiffs

RLJ:trk