UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUS MARTINEZ, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>    Defendants. | Case No.   20-cv-04135-VC<br><br>**REFERRAL FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 66 |

At the request of the parties, this matter is hereby referred to Magistrate Judge Laurel Beeler of this court to conduct a Settlement Conference within 90 days. Magistrate Judge Beeler's chambers will contact counsel with a date and time for the conference to be conducted.

**IT IS SO ORDERED.**

Dated: November 17, 2020

VINCE CHHABRIA
United States District Judge